IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-MJ-00233 SMS |
| ) | 1:07-CR-00254 LJO |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| GLORIA RADFORD, ET AL. ) | |
| ) | |
| Defendants. ) | |
| ) | |

    IT IS HEREBY ORDERED that the transcript of proceedings dated October 5, 2007, is ORDERED UNSEALED for all further purposes.

Dated: June 3, 2008

/s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge