IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GLORIA RADFORD,<br><br>　　　　Defendant. | No. 1:07-CR-00254 LJO<br><br>ORDER PURSUANT TO THE DEFENDANT'S BRIEF ON ISSUE OF DETENTION |

The Court has received and reviewed Defendant Gloria Radford's Opening Brief Re Apppeal of Detention Order of May 20, 2008.

Based on the representation therein, the matter of a Bail Review is referred to Magistrate Judge Sandra Snyder for a setting on her calendar, after the date and the time is cleared with her chambers. The specific reason for the referral is for her to make a decision about whether or not it was her initial intent to keep the matter for a decision on detention. If the answer to the inquiry is in the affirmative, then this Court finds that the case's finding its way back to another Magistrate Judge's calendar was an error. If that be the case, then the matter is further referred to Magistrate Judge Snyder for an ultimate decision on detention.

1

On the other hand, if she finds that it was not her intent to keep the case for the ultimate decision, then the matter should be send back to the undersigned for a determination on the appeal.

IT IS SO ORDERED.

**Dated:   June 23, 2008**                               /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE