**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, Gloria Radford

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>GLORIA RADFORD<br><br>Defendant. | CASE NO. CR-F-07-00254 LJO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>SCHED. DATE:   November 14, 2008<br>REQST.  DATE:   November 21, 2008<br>TIME:                   9:00 A.M.<br>COURT: The Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Kimberly Sanchez, and Joan Jacobs Levie, counsel for Defendant GLORIA RADFORD, that the date established for the sentencing hearing, currently scheduled for November 14, 2008 at 9:00 a.m. in the courtroom of the Hon. Lawrence J. O'Neill be continued until November 21, 2008 at 9:00 a.m. in the courtroom of the Hon. Lawrence J. O'Neill.  The reason for this request is that defense counsel will be attending the Eastern District Conference in Napa and will be travelling with others at that date and time.

Additionally, counsel has not yet had an opportunity to review the presentence report with Ms. Radford.  Counsel waited at the jail for thirty minutes and left without seeing the client due to scheduling conflicts.  Counsel must review the presentence report personally, as Ms. Radford does not read, after which counsel must prepare and file a sentencing memorandum.

1

DATED: October 28, 2008

                                      Respectfully submitted,

                                      /S/ Joan Jacobs Levie  
                                      JOAN JACOBS LEVIE  
                                      Attorney for Defendant,  
                                      GLORIA RADFORD

                                      /S/ Kimberly Sanchez  
                                      KIMBERLY SANCHEZ  
                                      Assistant U.S. Attorney

                            ✲ ✲ ✲ ✲ ✲

## **ORDER**

Having read the stipulation of counsel and finding good cause,

      IT IS HEREBY ORDERED that the date of the sentencing proceedings will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on November 21, 2008 at 9:00am.

DATED:  October 28, 2008

                                  By: __/s/ Lawrence J. O'Neill____  
                                        LAWRENCE J. O'NEILL  
                                        Judge of the United States District Court