JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165

Attorney for Defendant, Gloria Radford

FILED

NOV 0 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>GLORIA RADFORD<br><br>Defendant. | CASE NO. CR-F-07-00254 LJO<br><br>CASE NO. ~~CR-F-06-0171 OWW~~<br><br>**STIPULATION TO SEAL SENTENCING MEMORANDUM; ORDER**<br><br>SCHED. DATE: November 14, 2008<br>REQST. DATE: November 20, 2008<br>TIME:           9:00 A.M.<br>COURT: The Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED between the parties, by and through counsel for the government, Kimberly Sanchez, and Joan Jacobs Levie, counsel for Defendant GLORIA RADFORD, that the defendant's sentencing memorandum be filed under seal due to sensitive and personal information contained therein.

DATED: November 5, 2008

                                                Respectfully submitted,

                                                /S/ Joan Jacobs Levie
                                                JOAN JACOBS LEVIE
                                                Attorney for Defendant,
                                                GLORIA RADFORD


                                                /S/ Kimberly Sanchez
                                                KIMBERLY SANCHEZ
                                                Assistant U.S. Attorney

1

\* \* \* \* \*

## ORDER

Having read the stipulation of counsel and finding good cause,

    IT IS HEREBY ORDERED that defendant GLORIA RADFORD's sentencing memorandum be filed under seal in accordance with the above stipulation of counsel.

DATED: Nov 5, 2008

By: _____
LAWRENCE J. O'NEILL
Judge of the United States District Court